UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION CONFINEMENT SHU,<br><br>            Defendant.<br>_____ | 1:06-CV-00671-OWW-SMS-P<br>Appeal Number 06-16542<br><br>ORDER REQUIRING PLAINTIFF TO<br>SUBMIT COMPLETED APPLICATION TO<br>PROCEED IN FORMA PAUPERIS ON<br>APPEAL **OR** PAY FILING FEE<br><br>ORDER DIRECTING CLERK TO SERVE<br>COPY OF THIS ORDER ON COURT OF<br>APPEALS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On July 17, 2006, District Judge Oliver W. Wanger issued an order dismissing this action for failure to state a claim and as frivolous. Judgment was entered on July 17, 2006.

On August 11, 2006, plaintiff filed a notice of appeal. On August 15, 2006, the district court transmitted the certificate of record to the Court of Appeals for the Ninth Circuit.

On August 28, 2006, plaintiff filed a motion for leave to proceed in forma pauperis on appeal. A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, plaintiff did not pay the filing fee or proceed in forma pauperis at the district court. Thus, plaintiff is not automatically entitled to proceed

in forma pauperis on appeal.

Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to appeal in forma pauperis must file a motion in the district court and attach to that motion a completed application to proceed in forma pauperis, along with the issues the party intends to present on appeal. Plaintiff's request, however, was not accompanied by a completed application to proceed in forma pauperis. See 28 U.S.C. 1914(a); 1915 (a).

The Court will provide plaintiff with the opportunity to submit either the appropriate application and certified copy of plaintiff's prison trust account, or the $455.00 filing fee.

Accordingly, the Court ORDERS that:

1. The Clerk of the Court is DIRECTED to send plaintiff a copy of the application to proceed in forma pauperis;

2. Plaintiff is DIRECTED to submit either the completed application, accompanied by a certified copy of plaintiff's prison trust account statement for the last six months, **or** the $455.00 filing fee, within thirty (30) days of the date of service of this order; and

3. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   September 27, 2006**          /s/ Sandra M. Snyder
b6edp0                                                    UNITED STATES MAGISTRATE JUDGE