IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU,<br><br>    Defendant.<br>_____ / | 1:06-CV-00671-OWW-SMS-P<br>Appeal Number 06-16542<br><br>ORDER DISREGARDING MOTION FOR APPOINTMENT OF COUNSEL (Doc. 10)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE COURT OF APPEALS |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On August 28, 2006, plaintiff filed a motion for appointment of counsel. In light of the fact that plaintiff's case was dismissed by this court on July 17, 2006, and plaintiff filed an appeal to the Court of Appeals for the Ninth Circuit on August 11, 2006, this motion is more properly brought before the Court of Appeals.

      Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for appointment of counsel is DISREGARDED by this court; and

    2.    The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   November 13, 2006         /s/ Sandra M. Snyder
b6edp0                                    UNITED STATES MAGISTRATE JUDGE